THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROGER EZRA PECK, Appellant.— SWEENEY, J.

Herlihy, P. J., Aulisi, Staley, Jr., Cooke and Sweeney, JJ., concur in memorandum by Sweeney, J.